Same case below, 418 Fed. Appx. 177.

**No. 10-11212. Sean Masciandaro, Petitioner v. United States.**

565 U.S. 1058, 132 S. Ct. 756, 181 L. Ed. 2d 482, 2011 U.S. LEXIS 8647.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 638 F.3d 458.

**No. 10-11224. Leroy Lee Byrd, Petitioner v. United States.**

565 U.S. 1058, 132 S. Ct. 756, 181 L. Ed. 2d 482, 2011 U.S. LEXIS 8556.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 485.

**No. 10-11262. Gerry W. Fowler, Sr., Petitioner v. Timothy F. Geithner, Secretary of the Treasury.**

565 U.S. 1058, 132 S. Ct. 756, 181 L. Ed. 2d 482, 2011 U.S. LEXIS 8621,

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 417 Fed. Appx. 279.

**No. 11-36. Motimer Howard Trust, et al., Petitioners v. Park Village Apartment Tenants Association, et al.**

565 U.S. 1058, 132 S. Ct. 756, 181 L. Ed. 2d 482, 2011 U.S. LEXIS 8550.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 636 F.3d 1150.

**No. 11-107. Stephanie H. Wheeler, Petitioner v. Newport News Shipbuilding and Dry Dock Company, et al.**

565 U.S. 1058, 132 S. Ct. 757, 181 L. Ed. 2d 482, 2011 U.S. LEXIS 8534.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 637 F.3d 280.

**No. 11-109. Theodore Dallas, Interim Secretary, Maryland Department of Human Resources, et al., Petitioners v. L. J., et al.**

565 U.S. 1058, 132 S. Ct. 757, 181 L. Ed. 2d 482, 2011 U.S. LEXIS 8662.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 633 F.3d 297.